**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     James Calfee v. The State of Texas

Appellate case number:   01-21-00454-CR

Trial court case number: 1591474

Trial court:             178th District Court of Harris County

The brief of appellant, James Calfee, does not comply with the Texas Rules of Appellate Procedure 9.10(a)(3), (b). Accordingly, appellant's brief is **struck**. *See* TEX. R. APP. P. 38.9(a). Appellant is granted **10 days from the date of this order** to file a corrected brief complying with the Texas Rules of Appellate Procedure 9.10 ("Privacy Protection for Documents Filed in Criminal Cases"). *See* TEX. R. APP. P. 9.10(d) ("Sensitive data must be redacted by using the letter "X" in place of each omitted digit or character or by removing the sensitive data in a manner indicated that the data has been redacted."). Appellee, the State of Texas, may file an amended appellee's brief within 10 days of the filing of appellant's corrected brief. Appellee's motion to seal appellant's brief is **denied as moot**.

It is so ORDERED.


Judge's signature: ____/s/ Peter Kelly_____
            ☑ Acting individually    ☐ Acting for the Court


Date: ____June 23, 2022____